UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
22-CR-224(4)(NEB/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                                )<br>                       Plaintiff,   )<br>                                                                )<br>          v.                                                  )<br>                                                                )<br>Filsan Mumin Hassan,                         )<br>                                                                )<br>                                                                )<br>                       Defendant.              ) | **DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE** |

The Defendant, Filsan Hassan, by and through her undersigned attorney, respectfully requests the court continue her sentencing date and give counsel and Ms. Hassan additional time to prepare for the hearing.

Counsel requested more time in a previous motion (ECF 324), however the amount of time requested was woefully inadequate, and arguably naive. The trial that Counsel had in front of This Court only recently concluded on June 5, 2025, later than expected. Counsel is now currently teaching at the Minnesota State Public Defender's Trial School for the week and the weeks thereafter are equally booked with state trial settings and travel, as well as preparation for speaking at the upcoming NACDL seminar in July. In short, Counsel is struggling to catch up on matters post-trial and hasn't had time to meet with Ms. Hassan nor prepare her sentencing materials. She now requests an additional 60 days to prepare and submit a sentencing position and related materials, with a hearing scheduled thereafter.

Ms. Hassan remains in treatment.

Counsel conferred with the Government, which does not have an objection to this request.

Respectfully submitted,

Dated: June 10, 2025                    */s/Catherine Turner*
                                                Catherine L. Turner
                                                MN Attorney ID #0349057
                                                331 Second Avenue South
                                                Suite 705
                                                Minneapolis, MN 55401
                                                Tel: (612) 361-4895
                                                Fax: (866) 663-4338
                                                E-mail: ct@feddefense.com