PS 8  
(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A.  vs. Filsan Mumin Hassan          Docket No. 0864 0:22CR00224-004(NEB)

### Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Cristian C. Garcia, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Filsan Mumin Hassan** who was placed under pretrial supervision by the Honorable David T. Schultz, sitting in the Court at Minneapolis on the 21 day of September, 2022, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport/Green Card
- Obtain No New Passport/Green Card
- Travel Restrictions
- Weapons Restrictions
- No Contact with Victim/Witness/Codefendants/Coconspirators Except Blood Relatives
- Alcohol Abstinence
- No Illegal Use of Controlled Substances
- Substance Abuse Testing/No Tampering with Substance Abuse Testing Report
- Contact with Law Enforcement
- Residential Requirements
- Comply with State Court Matters
- Employment Restrictions
- Financial Disclosures
- No New Credit Charges/Lines of Credit
- No Access to Funds Derived from the Federal Child Nutrition Program
- Substance Use Disorder Assessment/Follow Recommendations (Modified October 2022)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The below actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148. **Amended information will appear in bold.**

From June 4 to June 26, 2025, the defendant failed to appear for multiple scheduled treatment sessions and left early from sessions against staff approval.

On June 11, 2025, the defendant submitted a urinalysis which came back positive for methamphetamine. On June 20, 2025, the defendant submitted a urinalysis at Kai Shin that came back positive for cocaine. From June 23 to June 30, 2025, the defendant failed to appear to multiple scheduled urinalyses.

**Amended** Petition for Action on Conditions of Pretrial Release    RE: Filsan Mumin Hassan
Page 2

On July 9, 2025, the defendant submitted a urinalysis at Kai Shin that came back positive for methamphetamine, amphetamine, fentanyl, and cocaine.

On July 16, 2025, the defendant attempted to self-discharge from intensive outpatient treatment services at Kai Shin without approval.

**On July 24, 2025, the defendant failed to appear for a scheduled urinalysis.**

**On July 29, 2025, the defendant was unsuccessfully discharged from Kai Shin and submitted a urinalysis that came back positive for amphetamine, bupropion, benzodiazepine, MDMA, and methamphetamine.**

PRAYING THAT THE COURT WILL ORDER: That the Petition dated July 23, 2025, be amended with the above information included herein and a hearing be held to show cause why her pretrial release should not be revoked.

ORDER OF THE COURT

Considered and ordered this __August__ day of __5th__, 2025, anddered filed and made a part of the records in the above case.

s/Nancy E. Brasel
Nancy E. Brasel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Cristian Garcia*
Cristian C. Garcia
U.S. Probation Officer
612-664-5459

Executed on    August 4, 2025

Place    Minneapolis

Approved:

s/*Mathias R. Antony*
Mathias R. Antony
Supervisory U.S. Probation Officer