IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL AND FINAL PRETRIAL RELEASE REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FILSAN MUMIN HASSAN, Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 22-cr-224 (4) (NEB/DTS) |
| Date: | August 18, 2025 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 11:20 a.m. |
| Time Concluded: | 11:50 a.m. |
| Time in Court: | 30 minutes |

**APPEARANCES:**

Plaintiff:  Harry Jacobs, Assistant U.S. Attorney
Defendant: Catherine Turner, Retained Attorney

**PROCEEDINGS:**

☒ Initial Appearance.
  - Review allegations in the petition
  - Waived the reading of the petition
☒ Revocation of Pretrial Release Conditions – Final Hearing
☒ Defendant admits to all alleged violations. Rights reviewed on the record.

**ORDERED:**

☒  The Defendant is found in violation of her supervised release condition. Defendant's pretrial release conditions are modified and shall be stated in an order modifying conditions of release.

Date: August 18, 2025

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel