# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**UNDER SEAL**

UNITED STATES OF AMERICA

    v.                                         Criminal No.  22-85 (NEB/TNL)

MOHAMED JAMA ISMAIL
_____

UNITED STATES OF AMERICA

    v.                                         Criminal No.  22-124 (NEB/DTS)

ABDIAZIZ SHAFI FARAH, ET AL.
_____

UNITED STATES OF AMERICA

    v.                                         Criminal No.  22-222 (NEB/DTS)

LIBAN YASIN ALISHIRE, ET AL.
_____

UNITED STATES OF AMERICA

    v.                                         Criminal No.  22-223 (NEB/DTS)

AIMEE MARIE BOCK, ET AL.
_____

UNITED STATES OF AMERICA

    v.                                         Criminal No.  22-224 (NEB/DTS)

QAMAR AHMED HASSAN, ET AL.
_____

UNITED STATES OF AMERICA

     v.                               Criminal No.  22-225 (NEB/DTS)

SHARMAKE JAMA, ET AL.

_____

UNITED STATES OF AMERICA

     v.                               Criminal No.  22-226 (NEB/DTS)

HAJI OSMAN SALAD, ET AL.

_____

UNITED STATES OF AMERICA

     v.                               Criminal No.  22-236 (NEB)

HANNA MARAKEGN

_____

UNITED STATES OF AMERICA

     v.                               Criminal No. 22-237 (NEB)

BEKAM ADDISSU MERDASSA

_____

UNITED STATES OF AMERICA

     v.                               Criminal No.  22-238 (NEB)

HADITH YUSUF AHMED

_____

UNITED STATES OF AMERICA

     v.                               Criminal No.  22-277 (NEB/DTS)

MEKFIRA HUSSEIN

_____

UNITED STATES OF AMERICA

     v.                                  Criminal No.  22-293 (NEB/DTS)

MOHAMED MUSE NOOR

_____

UNITED STATES OF AMERICA

     v.                                  Criminal No.  23-80 (NEB/DTS)

AYAN FARAH ABUKAR

_____

UNITED STATES OF AMERICA

     v.                                  Criminal No.  23-81 (NEB/DTS)

SADE OSMAN HASHI

_____

UNITED STATES OF AMERICA

     v.                                  Criminal No.  23-82 (NEB/DTS)

SHARON ROSS

_____

UNITED STATES OF AMERICA

     v.                                  Criminal No.  23-91 (NEB)

MUHAMED HUSSEIN, ET AL.

_____

UNITED STATES OF AMERICA

     v.                                  Criminal No.  23-92 (NEB)

MULATA ALI

_____

UNITED STATES OF AMERICA

     v.                                                                      Criminal No.  24-13 (NEB/DTS)

SAID EREG ET AL.
_____

UNITED STATES OF AMERICA

     v.                                                                      Criminal No.  24-15 (NEB/DTS)

IKRAM YUSUF MOHAMED ET AL.
_____

UNITED STATES OF AMERICA

     v.                                                                      Criminal No.  24-24 (NEB)

HODA ALI ABDI
_____

UNITED STATES OF AMERICA

     v.                                                                      Criminal No.  25-214 (NEB/DTS)

HIBO DAAR
_____

UNITED STATES OF AMERICA

     v.                                                                      Criminal No.  25-226 (NEB/DTS)

DOROTHY JEAN MOORE
_____

UNITED STATES OF AMERICA

     v.                                                                      Criminal No.  25-366 (DSD)

ASHA FARHAN HASSAN
_____

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■   The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;

■   The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;

■   The cases arise out of the same investigation and have temporal proximity;

■   A subsequent case results from cooperation rendered by a defendant or defendants in a previous case, whether open or closed; and

■   The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: September 26, 2025                    Respectfully submitted,

                                             JOSEPH H. THOMPSON
                                             Acting United States Attorney

                                             _/s/ Rebecca E. Kline_____
                               BY:    REBECCA E. KLINE
                                             DANIEL W. BOBIER
                                             HARRY M. JACOBS
                                             Assistant United States Attorneys