PS 8  
(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A. vs. Filsan Mumin Hassan          Docket No. 0864 0:22CR00224-004(NEB)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Cristian C. Garcia, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Filsan Mumin Hassan** who was placed under pretrial supervision by the Honorable David T. Schultz, sitting in the Court at Minneapolis on the 21 day of September, 2022, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport/Green Card
- Obtain No New Passport/Green Card
- Travel Restrictions
- Weapons Restrictions
- No Contact with Victim/Witness/Codefendants/Coconspirators Except Blood Relatives/Jimmy Allen (Modified August 2025)
- Alcohol Abstinence
- No Illegal Use of Controlled Substances
- Substance Abuse Testing/No Tampering with Substance Abuse Testing Report
- Contact with Law Enforcement
- Residential Requirements
- Comply with State Court Matters
- Employment Restrictions
- Financial Disclosures
- No New Credit Charges/Lines of Credit
- No Access to Funds Derived from the Federal Child Nutrition Program
- Substance Use Disorder Assessment/Follow Recommendations (Modified October 2022)
- Location Monitoring – No Location Monitoring Component (Added August 2025)
- Drug Treatment (Added August 2025)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The below actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

On October 2, 2025, the defendant failed to appear for a scheduled home contact.

On October 9, 2025, the defendant failed to report for a scheduled urinalysis.

PRAYING THAT THE COURT WILL IMPOSE THE FOLLOWING CONDITONS:

- Remain at her residence during prescribed times in accordance with one of the three program components (curfew). Curfew: You are restricted to your residence every day as directed by the supervising officer.

- Submit to the following location monitoring technology, as directed by the supervising officer; and comply with all of the program requirements and instructions provided.

- The defendant shall not be required to pay the costs of location monitoring.

ORDER OF THE COURT

Considered and ordered this ___20th_____ day of _____October_____, 2025, and ordered filed and made a part of the records in the above case.

s/Nancy E. Brasel
Nancy E. Brasel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Cristian Garcia*
Cristian C. Garcia
U.S. Probation Officer
612-664-5459

Executed on    October 17, 2025

Place          Minneapolis

Approved:

s/ *Reginale B. Hall* for Trista Buttera
Trista R. Buttera
Supervisory U.S. Probation Officer