**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# FINAL PRETRIAL RELEASE REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Nancy E. Brasel |
| Plaintiff, | ) | U.S. District Judge |
| v. | ) | |
| | ) | |
| FILSAN MUMIN HASSAN, | ) | Case No:  22-cr-224 (4) (NEB/DTS) |
| | ) | Date:  March 12, 2026 |
| | ) | Courthouse:  Minneapolis |
| Defendant. | ) | Courtroom:  13W |
| | ) | Court Reporter:  Renee Rogge |
| | ) | Time Commenced:  10:24 a.m. |
| | ) | Time Concluded:  10:30 a.m. |
| | ) | Time in Court:  6 minutes |

APPEARANCES:

Plaintiff:     Matthew Murphy, Assistant U.S. Attorney
Defendant:   Catherine Turner, Retained Attorney

PROCEEDINGS:

☒ Revocation of Pretrial Release Conditions – Final Hearing

ORDERED:

☒   The hearing is continued to 5/7/26 at 4:00 p.m. in conjunction with the sentencing.

Date: March 12, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel