# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

**SENTENCING AND PRETRIAL BOND REVOCATION HEARING**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FILSAN MUMIN HASSAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 22-cr-224 (4) (NEB/DTS) |
| Date: | May 7, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 2:10 p.m. |
| Time Concluded: | 2:55 p.m. |
| Time in Court: | 45 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Rebecca Kline, Assistant U.S. Attorney
    For Defendant:    Catherine Turner, Retained Attorney

☒ **Sentencing and Bond Revocation Hearing.**
☒ **Court denies the petition to revoke pretrial release as moot.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 37 months to be served concurrently to Count 15 | 3 years to be served concurrently to Count 15 |
| 15 | X | 37 months to be served concurrently to Count 1 | 3 years to be served concurrently to Count 1 |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $200.00 due immediately.
☒ Restitution in the amount of $376,027 is due immediately.
☒ Counts 11 and 13-14 of the Indictment are dismissed my motion of the United States.
☒ The sealed and restricted filings ate ECF 522-523 and 533 shall remain sealed or restricted for 10 years (5/7/36)
☒ Defendant remanded to the custody of the USM.

Date: May 7, 2026

        s/Kristine Wegner
        Courtroom Deputy to Judge Nancy E. Brasel